

FILED

06/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0614

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0614

IN RE THE ADOPTION OF:

R.D.J., a Minor Child,

JEREMY JAMES,

      Petitioner and Appellee,

v.

WAYNE DARRELL DAILEY,

      Respondent and Appellant.

FILED

JUN 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellee Jeremy James moves to dismiss this appeal on grounds that Appellant Wayne Darrell Dailey failed to timely file his opening brief on appeal. Counsel for Appellant Dailey has filed a response in opposition.

Dailey filed his notice of appeal on December 30, 2020. The District Court record—without any transcripts—was filed with the Clerk of this Court on February 1, 2021. The transcripts for the matter were filed on February 17, 2021. On March 17, 2017, Dailey was granted a 30-day extension of time in which to file his opening brief on appeal, and on April 16, 2021, the Court granted him a second extension of time. The Court ordered Dailey to file his opening brief by May 19, 2021. Dailey timely filed his opening brief on May 19, 2021.

On May 20, 2021, one day later, Appellee James, through counsel, filed a Motion to Dismiss the matter and an Amended Motion to Dismiss with a dated Certificate of Service.

After reviewing the record provided by the parties' submissions, we conclude that there remains no controversy to decide.

IT IS THEREFORE ORDERED that the motion to dismiss this appeal is DENIED as moot.

The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this 1st day of June, 2021.

Justices